Jantzer WASHINGTON,
Claimant/Appellant,

v.

MERIDIAN MEDICAL
TECHNOLOGIES,
Employer/Respondent,

and

Treasurer of the State of Missouri, as
Custodian of the Second Injury
Fund, Additional Party.

No. ED 95139.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 18, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 22, 2011.

Application for Transfer Denied
March 29, 2011.

Ray A. Gerritzen, Gerritzen & Gerritzen, St. Louis, MO, for appellant.

John P. Palombi, Law Offices of Patricia M. Caragher, St. Louis, MO, for respondent.

Carol L. Barnard, Assistant Attorney General, St. Louis, MO, for additional party.

Before ROY L. RICHTER, C.J., KATHIANNE KNAUP CRANE, J., and KENNETH M. ROMINES, J.

*ORDER*

PER CURIAM.

Claimant appeals from two final awards of the Labor and Industrial Relations Commission, each affirming a separate award of the Administrative Law Judge. We affirm. The findings and conclusions of the Commission are supported by competent and substantial evidence on the whole record. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished, for their information only, with a memorandum setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).